Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
Laura Kabler Oswell (CSBN 241281)
kablerl@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Philip L. Graham, Jr.*
grahamp@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
*Admitted Pro Hac Vice

Attorneys for Specially Appearing
Nominal Defendant ANGLO AMERICAN plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, Derivatively On Behalf of ANGLO AMERICAN CORP., <br><br> Plaintiff. <br><br> vs. <br><br> MARK MOODY-STUART, CYNTHIA CARROLL, NICHOLAS F. OPPENHEIMER, <br><br> Defendants. <br><br> -and- <br><br> ANGLO AMERICAN CORP., a United Kingdom corporation, <br><br> Nominal Defendant. | Case No.   CV-09-3803 (JL) <br><br> **SPECIALLY APPEARING NOMINAL DEFENDANT ANGLO AMERICAN PLC'S NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION <u>FOR A SCHEDULING ORDER</u>** <br><br> Judge: The Hon. James Larson <br><br> **[Declaration of Brendan P. Cullen and Proposed Order filed concurrently herewith]** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

1  PLEASE TAKE NOTICE that specially appearing nominal defendant Anglo American plc (improperly named in this action as "Anglo American Corp.") ("Anglo American") hereby applies ex parte for the entry of a scheduling order pursuant to N.D. Cal. L-R 7.3 and Fed. R. Civ. P. 6(b).

The application is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Brendan P. Cullen, and the complete files and records in this action.

On September 25, 2009, Anglo American's counsel served Plaintiff with a copy of this Ex Parte Application and the materials filed herewith via overnight courier.

Dated: September 25, 2009

    /s/ Brendan P. Cullen
Brendan P. Cullen (CSBN 194057)
Laura Kabler Oswell (CSBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Philip L. Graham, Jr.*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:   (212) 558-4000
Facsimile:    (212) 558-3588
*Pro Hac Vice Application Pending*

Attorneys for Specially Appearing
Nominal Defendant Anglo American plc

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Specially appearing nominal defendant Anglo American plc ("Anglo American") submits this memorandum in support of its Ex Parte Application for a Scheduling Order. Pursuant to N.D. Cal. L-R 7.3 and Fed. R. Civ. P. 6(b)(1)(A), Anglo American respectfully requests that the Court enter the proposed scheduling order filed herewith to facilitate the efficient resolution of this matter.

Anglo American is proceeding ex parte for two reasons. *First*, Plaintiff's only contact with Anglo American's counsel in this action has been by way of a threatening and offensive letter and "press release" sent to the general fax numbers of several of Sullivan & Cromwell's offices. (*See* Declaration of Brendan P. Cullen in Support of Anglo American's Ex Parte Application ("Cullen Decl.") ¶¶ 3-4.) This harassment renders the meet and confer process untenable in this instance. *Second*, Plaintiff's two improper ex parte and procedurally unrecognizable filings in this action – a "Proposed Order Granting Plaintiff's Request for an Extension of Time to Answer Defendant's Notice of Motion and Motion to Dismiss Complaint " (Dkt. No.15) and "Objections to Defendant's Notice of Removal" (Dkt. No. 13) – evidence Plaintiff's complete disregard for the rules of this Court and the Federal Rules of Civil Procedure. Anglo American therefore needs the Court's assistance to resolve the scheduling issues raised by these improper filings.

On August 26, 2009 Anglo American filed its Motion to Dismiss Plaintiff's Complaint and noticed the hearing on the motion for October 7, 2009. (Dkt. No. 5.) Plaintiff did not file an opposition to this motion within the time provided N.D. Cal. L-R 7.3(a). Instead, five days after the September 16, 2009 deadline, on September 21, Plaintiff filed a Proposed Order Granting Plaintiff's Request for an Extension (Dkt. No. 15), in which Plaintiff seeks until October 26, 2009 to file an opposition. Although the application was procedurally improper, Anglo American does not oppose Plaintiff's request for additional time to file his opposition. This extension, however, requires a continuance of the previously noticed hearing date of October 7, 2009 and also raises issues with respect to the November deadlines for Rule 26(f) compliance and the November 25, 2009 status conference set by the Order Setting Initial Case Management Deadlines and ADR Deadlines entered August 19, 2009 (the "Case Management Order").

As explained in Anglo American's Motion to Dismiss, Anglo American raises a number of dispositive defenses including to the Court's exercise of personal jurisdiction and to Plaintiff's standing to bring his claims derivatively on behalf of Anglo American. We respectfully submit that the pendency of these threshold issues make the initial discovery required by Rule 26 inappropriate at this time. (*See* Mot., Dkt. No. 5.) Moreover, Plaintiff has not served – nor even obtained a summons directed to -- the three individual defendants, all of whom reside outside the United States. (See (*See* Not. of Removal, Dkt. 1, ¶ 3; Decl. of Brendan. P. Cullen, Dkt. No. 6 ¶ 12, Exh. J.) The interests of efficiency weigh in favor of continuing the Rule 26 discovery matters currently set in the Case Management Order until at least after the Court has ruled on the numerous grounds for dismissal raised in Anglo American's Motion to Dismiss.

Anglo American requests that the Court exercise its discretion under Rule 6(b)(1)(A) to enter a schedule that accommodates Plaintiff's request for additional time but also extends the deadlines set in the Case Management Order as follows:

- Extend the deadline for Plaintiff's Opposition to Anglo American's Motion to Dismiss to October 26, 2009, as Plaintiff requests;
- Continue the hearing on the Motion to Dismiss currently scheduled for October 7, 2009 to December 2, 2009;
- Extend the deadlines set in the Case Management Order to thirty days after the Court issues an order on Anglo American's motion to dismiss; and
- Continue the status conference set by the Case Management Order for November 25, 2009 to a time after the Court issues an order on Anglo American's motion to dismiss.

2

SULLIVAN & CROMWELL LLP

EX PARTE APPLICATION FOR A SCHEDULING ORDER
Case No. CV-09-3803 (JL)

For the foregoing reasons, Anglo American respectfully requests that the Court grant Anglo American's ex parte application and enter the proposed scheduling order submitted herewith.

Dated: September 25, 2009

    /s/ Brendan P. Cullen
Brendan P. Cullen (CSBN 194057)
Laura Kabler Oswell (CSBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Philip L. Graham, Jr.*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
*Admitted Pro Hac Vice

Attorneys for Specially Appearing
Nominal Defendant Anglo American plc