1 | Brendan P. Cullen (CSBN 194057)
cullenb@sullcrom.com
2 | Laura Kabler Oswell (CSBN 241281)
kablerl@sullcrom.com
3 | SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
4 | Palo Alto, California 94303
Telephone:   (650) 461-5600
5 | Facsimile:    (650) 461-5700

6 | Philip L. Graham, Jr.*
grahamp@sullcrom.com
7 | SULLIVAN & CROMWELL LLP
125 Broad Street
8 | New York, NY  10004
Telephone:   (212) 558-4000
9 | Facsimile:    (212) 558-3588
*Admitted Pro Hac Vice

Attorneys for Specially Appearing
Nominal Defendant ANGLO AMERICAN plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW D. PINNAVAIA, Derivatively On Behalf of ANGLO AMERICAN CORP., | Case No.     CV-09-3803 (JL) |
|---|---|
| Plaintiff. | |
| vs. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR SCHEDULING ORDER** |
| MARK MOODY-STUART, CYNTHIA CARROLL, NICHOLAS F. OPPENHEIMER, | |
| | Judge: The Hon. James Larson |
| Defendants. | |
| -and- | **[Ex Parte Application for Scheduling Order and Declaration of Brendan P. Cullen and filed concurrently herewith]** |
| ANGLO AMERICAN CORP., a United Kingdom corporation, | |
| Nominal Defendant. | |

1    WHEREAS, on August 19, 2009 specially appearing nominal defendant Anglo American plc ("Anglo American"), filed its Notice of Removal;

2    WHEREAS, on August 26, 2009 its Motion to Dismiss Plaintiff's Complaint and set a hearing date for the motion on October 7, 2009;

3    WHEREAS, on September 21, 2009, Plaintiff filed a "[Proposed] Order Granting Plaintiff's Request for an Extension of Time to Answer Defendant's Notice of Motion and Motion to Dismiss Complaint," which appears to seek an extension of time to file an Opposition until October 26, 2009 – after the currently scheduled hearing on October 7, 2009;

4    WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines (1) requires the parties to complete their meet and confer obligations under Fed. R. Civ. P. 26(f) on or before November 4, 2009; (2) requires the parties to file their Rule 26(f) report, complete initial disclosures under Fed. R. Civ. P. 26(f) or state there objection thereto and file a Case Management Statement on or before November 18, 2009; (3) sets a case management conference in this matter for November 25, 2009;

5    WHEREAS, Anglo American has no objection to allowing Plaintiff the time he requests to file his opposition to Anglo American's Motion to Dismiss;

6    WHEREAS, on September 25, 2009 Anglo American served Plaintiff with a copy of its Ex Parte Application for a Scheduling Order (the "Ex Parte Application") via overnight courier;

7    WHEREAS, on September 25, 2009 Anglo American filed its Ex Parte Application;

8    WHEREAS, the Court has reviewed and considered the arguments set forth in the Ex Parte Application;

NOW, THEREFORE, IT IS ORDERED THAT: Anglo American's Ex Parte Order is GRANTED.

1.  Plaintiff shall file his Opposition to Anglo American's Motion to Dismiss on or before October 26, 2009.

2.  Anglo American shall file its Reply in support of its Motion to Dismiss on or before November 9, 2009.

3. The currently scheduled hearing on the Motion to Dismiss shall be continued to Wednesday, December 2, 2009 at 9:30 a.m.

4. The deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued until thirty days after the Court's ruling on Anglo American's Motion to Dismiss.

5. The Case Management Conference currently scheduled for November 25, 2009 shall be continued until after the Court's ruling on Anglo American's Motion to Dismiss.

IT IS SO ORDERED.

Dated: _____    _____
                                 Honorable James Larson
                                 United States Magistrate Judge

Respectfully submitted,


  /s/ Brendan P. Cullen
Brendan P. Cullen (CSBN 194057)
Laura Kabler Oswell (CSBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Philip L. Graham, Jr.*
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
*Admitted Pro Hac Vice

Attorneys for Specially Appearing
Nominal Defendant Anglo American plc