Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside CA 92054-3435
{Tel. (760) 754-8072}
{Pro-Se}



SEP 21 PM 12: 25

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA, Derivatively On Behalf Of ANGLO AMERICAN CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MARK MOODY-STUART, CYNTHIA CARROLL, NICHOLAS F. OPPENHEIMER, <br><br> Defendants, <br><br> and: <br><br> ANGLO AMERICAN CORP., a United Kingdom corporation, (A United States presence) Nominal Defendant. | Case No. CV-09-3803 (JL) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO ANSWER DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT : MEMORANDUM OF LAW IN SUPPORT THEREOF. <br><br> Judge: The Honorable James Larson. |

Plaintiff, does hereby, respectfully request, of the Court, an "extension of time", for this case before the Court, because, Plaintiff, does not possess the full-legal-power, of Defendant's counsel – law clerks – to complete Plaintiff's legal-research upon this case. Plaintiff, does respectfully, request a 30-day extension of time to the date of October 26, 2009.

1 WHEREAS, the Plaintiff has submitted to the Court, " [PROPOSED] ORDER

2 GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO

3 ANSWER DEFENDANT'S NOTICE OF MOTION AND MOTION TO

4 DISMISS COMPLAINT : MEMORANDUM OF LAW IN SUPPORT

5 THEREOF", and, WHEREAS the Court has considered this request of

6 the Plaintiff, before the Court:

7 NOW, THEREFORE, IT IS ORDERED THAT: Plaintiff's request is GRANTED.

8 Plaintiff's extension of time, is to the date of October 26, 2009.

Dated: 9/28/09

*(signature)*
The Honorable James Larson
United States Magistrate Judge.

Respectfully submitted,

*(signature)*
Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside CA 92054-3435
{Tel. (760) 754-8072}
{Pro-Se}