```
 1  Matthew D. Pinnavaia           RECEIVED
 2  201 Country Club Lane #90      NOV 18 2009           FILED
    Oceanside  CA  92054-3435
 3  {Tel. (760) 754-8072}          RICHARD W. WIEKING
    {Pro-Se}                       CLERK, U.S. DISTRICT COURT
 4                                 NORTHERN DISTRICT OF CALIFORNIA
                                        OAKLAND
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA<br>Derivatively On Behalf Of<br>ANGLO AMERICAN CORP.,<br><br>Plaintiff,<br><br>MARK MOODY STUART,<br>CYNTHIA CARROLL,<br>NICHOLAS F. OPPENHEIMER,<br><br>Defendants,<br><br>and:<br><br>ANGLO AMERICAN CORP., a<br>United Kingdom corporation<br>(A United States presence)<br><br>Nominal Defendant. | Case No. CV-09-3803 (CW)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A TELEPHONIC COURT HEARING FOR PLAINTIFF'S APPEARANCE AT THE COURT CASE MANAGEMENT CONFERENCE TO BE HELD ON DECEMBER 17, 2009., AT 2:00 P.M.<br><br>Judge: The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor<br>Hearing Date: December 17, 2009.<br>Hearing Time: 2:00 P.M. |

1. Plaintiff, does hereby, respectfully request of the Court, a "telephonic-hearing", for the Court Case Management Conference of December 17, 2009. at 2:00 P.M., because Plaintiff does not possess the financial-ability to appear physically in the Courtroom for this Court-function.

| | |
|---|---|
| 1 | WHEREAS, the Plaintiff has submitted to the Court, "ORDER GRANTING |
| 2 | PLAINTIFF'S REQUEST FOR A TELEPHONIC COURT HEARING FOR |
| 3 | PLAINTIFF'S APPEARANCE AT THE COURT CASE MANAGEMENT |
| 4 | CONFERENCE TO BE HELD ON DECEMBER 17, 2009., AT 2:00 P.M.", |
| 5 | And, WHEREAS the Court has considered this request of the Plaintiff, before the |
| 6 | Court: |
| 7 | NOW, THEREFORE, IT IS ORDERED THAT: Plaintiff's request is GRANTED. |
| 8 | Plaintiff's appearance by Telephonic-Hearing is December 17, 2009., at |
| 9 | 2:00 P.M. |

12/1/09
Dated: ~~11/16/09~~.

*[signature]*
The Honorable Judge Claudia Wilken
United States District Judge

Respectfully submitted:
*[signature]* Matthew D. Pinnavaia
Signature.

Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside CA 92054-3435
{Tel. (760) 754-8072}
{Pro-Se}

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


PINNAVAIA et al,

    Plaintiff,

v.

MOODY-STUART et al,

    Defendant.
_____/

Case Number: CV09-03803 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Matthew D. Pinnavaia      w/attachment
201 Country Club Lane #90
Oceanside, CA 92054

Dated: December 1, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk