Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside  CA  92054-3435
{Tel. (760) 754-8072}
{Pro-Se}

RECEIVED
NOV 18 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF


FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. PINNAVAIA<br>Derivatively On Behalf Of<br>ANGLO AMERICAN CORP.,<br><br>Plaintiff,<br><br>MARK MOODY STUART,<br>CYNTHIA CARROLL,<br>NICHOLAS F. OPPENHEIMER,<br><br>Defendants,<br><br>and:<br><br>ANGLO AMERICAN CORP., a<br>United Kingdom corporation<br>(A United States presence)<br><br>Nominal Defendant. | Case No. CV-09-3803 (CW)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A TELEPHONIC COURT HEARING FOR PLAINTIFF'S APPEARANCE AT THE COURT CASE MANAGEMENT CONFERENCE TO BE HELD ON DECEMBER 17, 2009., AT 2:00 P.M.<br><br>Judge: The Hon. Claudia Wilken<br>Courtroom: 2, 4th Floor<br>Hearing Date: December 17, 2009.<br>Hearing Time:  2:00 P.M. |

1.  Plaintiff, does hereby, respectfully request of the Court, a "telephonic-hearing", for the Court Case Management Conference of December 17, 2009. at 2:00 P.M., because Plaintiff does not possess the financial-ability to appear physically in the Courtroom for this Court-function.

WHEREAS, the Plaintiff has submitted to the Court, "ORDER GRANTING PLAINTIFF'S REQUEST FOR A TELEPHONIC COURT HEARING FOR PLAINTIFF'S APPEARANCE AT THE COURT CASE MANAGEMENT CONFERENCE TO BE HELD ON DECEMBER 17, 2009., AT 2:00 P.M.",

And, WHEREAS the Court has considered this request of the Plaintiff, before the Court:

NOW, THEREFORE, IT IS ORDERED THAT: Plaintiff's request is GRANTED. Plaintiff's appearance by Telephonic-Hearing is December 17, 2009., at 2:00 P.M.

Dated: ~~11/16/09~~ 12/1/09

The Honorable Judge Claudia Wilken
United States District Judge

Respectfully submitted:
Signature. *[signature: Matthew D. Pinnavaia]*

Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside CA 92054-3435
{Tel. (760) 754-8072}
{Pro-Se}

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PINNAVAIA et al,

    Plaintiff,

v.

MOODY-STUART et al,

    Defendant.

Case Number: CV09-03803 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew D. Pinnavaia  
201 Country Club Lane #90  
Oceanside, CA 92054

w/attachment

Dated: December 1, 2009

Richard W. Wieking, Clerk  
By: Sheilah Cahill, Deputy Clerk