IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW D. PINNAVAIA,

    Plaintiff,

    v.

MARK MOODY-STUART, et al.,

    Defendants.
_____/

No. C 09-03803 CW

ORDER DENYING REQUEST TO APPEAL IN FORMA PAUPERIS

    Plaintiff Matthew D. Pinnavaia asks to appeal in forma pauperis. Pursuant to 28 U.S.C. § 1915(a)(3) an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith. For the reasons stated in the Court's December 11, 2009 Order Granting Defendant's Motion to Dismiss, this appeal is not taken in good faith. The request to proceed in forma pauperis on appeal is hereby denied.

    IT IS SO ORDERED.

Dated: January 15, 2010

                                                    CLAUDIA WILKEN
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PINNAVAIA et al,

        Plaintiff,

v.

MOODY-STUART et al,

        Defendant.

Case Number: CV09-03803 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Matthew D. Pinnavaia
201 Country Club Lane #90
Oceanside, CA 92054

Dated: January 15, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2